DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RAFAEL GARCIA-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR-S-07-028-WBS |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) CONTINUING STATUS CONFERENCE |
| RAFAEL GARCIA-MARTINEZ, | ) Date: March 26, 2007 |
| | ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Hon. William B. Shubb |

It is hereby stipulated and agreed to between the United States of America through Kyle Reardon, Assistant United States Attorney and RAFAEL GARCIA-MARTINEZ, by and through his counsel, Rachelle Barbour, Assistant Federal Defender, that the status conference presently scheduled for March 5, 2007 be vacated and rescheduled for March 26, 2007 at 10:00 a.m.

This continuance is being requested due to the need for ongoing defense investigation and preparation.  Mr. Garcia-Martinez first appeared several weeks ago.  Defense counsel has requested criminal history records that have not yet been received.  Further, the parties

must discuss and reduce to writing a plea agreement, and Ms. Barbour must present it to Mr. Garcia-Martinez.

IT IS FURTHER STIPULATED that the period from the date of this stipulation through and including March 26, 2007, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for preparation of defense counsel.

Dated: March 1, 2007

    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

    /s/ Rachelle Barbour
    _____
    RACHELLE BARBOUR
    Assistant Federal Defender
    Attorney for Defendant
    RAFAEL GARCIA-MARTINEZ

Dated: March 1, 2007

    MCGREGOR W. SCOTT
    United States Attorney

    /s/ Rachelle Barbour for
    _____
    KYLE REARDON
    Assistant U.S. Attorney
    per email authority

**O R D E R**

IT IS SO ORDERED.

Dated: March 2, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE