```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  RAFAEL GARCIA-MARTINEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-07-028-WBS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| RAFAEL GARCIA-MARTINEZ, | Date: April 23, 2007<br>Time: **8:30 a.m.**<br>Judge: Hon. William B. Shubb |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Kyle Reardon, Assistant United States Attorney and RAFAEL GARCIA-MARTINEZ, by and through his counsel, Rachelle Barbour, Assistant Federal Defender, that the status conference presently scheduled for March 26, 2007 be vacated and rescheduled for April 23, 2007 at **8:30 a.m.**

This continuance is being requested due to the need for ongoing defense investigation and preparation. Defense counsel has requested criminal history records that have not yet been received. Mr. Barbour must investigate Mr. Garcia-Martinez's background and the validity of

1  his deportation.

2      IT IS FURTHER STIPULATED that the period from the date of this
3  stipulation through and including April 23, 2007, be excluded in
4  computing the time within which trial must commence under the Speedy
5  Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4
6  for preparation of defense counsel.

7  Dated: March 22, 2007

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Rachelle Barbour
                                    _____
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    RAFAEL GARCIA-MARTINEZ


Dated: March 22, 2007

                                    MCGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Rachelle Barbour for
                                    _____
                                    KYLE REARDON
                                    Assistant U.S. Attorney


                              **O R D E R**

IT IS SO ORDERED.

Dated: March 23, 2007

                        _____
                        WILLIAM B. SHUBB
                        UNITED STATES DISTRICT JUDGE

Stip & Order                        2