DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RAFAEL GARCIA-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-07-028-WBS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| RAFAEL GARCIA-MARTINEZ, | Date:  May 14, 2007<br>Time:  **8:30 a.m.**<br>Judge: Hon. William B. Shubb |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Kyle Reardon, Assistant United States Attorney and RAFAEL GARCIA-MARTINEZ, by and through his counsel, Rachelle Barbour, Assistant Federal Defender, that the status conference presently scheduled for April 23, 2007 be vacated and rescheduled for May 14, 2007 at **8:30 a.m.**

This continuance is being requested due to the need for ongoing defense investigation and preparation.  Defense counsel has requested criminal history records that have not yet been received.  Mr. Barbour must investigate Mr. Garcia-Martinez's background and the validity of

1 | his deportation.

2 |     IT IS FURTHER STIPULATED that the period from the date of this
3 | stipulation through and including May 14, 2007, be excluded in
4 | computing the time within which trial must commence under the Speedy
5 | Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4
6 | for preparation of defense counsel.

Dated: April 19, 2007

                Respectfully submitted,

                DANIEL J. BRODERICK
                Federal Defender

                /s/ Rachelle Barbour

                _____
                RACHELLE BARBOUR
                Assistant Federal Defender
                Attorney for Defendant
                RAFAEL GARCIA-MARTINEZ

Dated: April 19, 2007

                MCGREGOR W. SCOTT
                United States Attorney

                /s/ Rachelle Barbour for

                _____
                KYLE REARDON
                Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated:  April 20, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip & Order                 2