DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RAFAEL GARCIA-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | NO. CR-S-07-028-WBS |
| ) | |
| Plaintiff,   ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v.                            ) | |
| ) | |
| RAFAEL GARCIA-MARTINEZ,            ) | Date: June 18, 2007 |
| ) | Time: 10:00 a.m. |
| ) | Judge: Hon. William B. Shubb |
| Defendant.   ) | |
| ) | |

It is hereby stipulated and agreed to between the United States of America through Kyle Reardon, Assistant United States Attorney and RAFAEL GARCIA-MARTINEZ, by and through his counsel, Rachelle Barbour, Assistant Federal Defender, that the status conference presently scheduled for May 14, 2007 be vacated and rescheduled for June 18, 2007 at 10:00 a.m.

This continuance is being requested due to the need for ongoing defense investigation and preparation. Defense counsel has requested criminal history records that have not yet been received. Mr. Barbour must investigate Mr. Garcia-Martinez's background and the validity of

1  his deportation.

2      IT IS FURTHER STIPULATED that the period from the date of this
3  stipulation through and including June 18, 2007, be excluded in
4  computing the time within which trial must commence under the Speedy
5  Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4
6  for preparation of defense counsel.

7  Dated: May 10, 2007

    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

    /s/ Rachelle Barbour

    _____
    RACHELLE BARBOUR
    Assistant Federal Defender
    Attorney for Defendant
    RAFAEL GARCIA-MARTINEZ

Dated: May 10, 2007

    MCGREGOR W. SCOTT
    United States Attorney

    /s/ Rachelle Barbour for

    _____
    KYLE REARDON
    Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated:  May 11, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip & Order                                    2