DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RAFAEL GARCIA-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-07-028-WBS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| RAFAEL GARCIA-MARTINEZ, | Date: July 23, 2007<br>Time: 8:30 a.m.<br>Judge: Hon. William B. Shubb |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Kyle Reardon, Assistant United States Attorney and RAFAEL GARCIA-MARTINEZ, by and through his counsel, Rachelle Barbour, Assistant Federal Defender, that the status conference presently scheduled for June 18, 2007 be vacated and rescheduled for July 23, 2007 at 8:30 a.m.

This continuance is being requested because the matter will be disposed of in front of the magistrate judge with a plea to a misdemeanor.  The parties anticipate that it will be fully resolved before the next date before the district court and that the district

1  court date will be dropped from calendar.

2      IT IS FURTHER STIPULATED that the period from the date of this
3  stipulation through and including July 23, 2007, be excluded in
4  computing the time within which trial must commence under the Speedy
5  Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4
6  for preparation of defense counsel.

7  Dated: June 15, 2007

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/ Rachelle Barbour
                                      _____
                                      RACHELLE BARBOUR
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      RAFAEL GARCIA-MARTINEZ

Dated: June 15, 2007

                                      MCGREGOR W. SCOTT
                                      United States Attorney

                                      /s/ Rachelle Barbour for

                                      _____
                                      KYLE REARDON
                                      Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: June 19, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip & Order                        2