```
McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2782
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAFAEL GARCIA-MARTINEZ, ) <br> ) <br> Defendant. ) <br>_____) | CR. No. S-07-0028 WBS <br><br> MOTION TO DISMISS INDICTMENT and ORDER DISMISSING INDICTMENT |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, asks the Court to file an order dismissing the indictment against Rafael Garcia-Martinez, filed on February 1, 2007, in CR. No. S-07-0028 WBS.  On June 27, 2007, in the courtroom of Magistrate Judge Kimberly J. Mueller, the defendant pleaded guilty to a superseding information charging a misdemeanor violation of 8 U.S.C. § 1325(a)(1) – illegal entry by an alien.

///
///
///
///
///

1

The defendant waived appeal and was sentenced to six months confinement.

DATED: June 27, 2006           McGREGOR W. SCOTT
                               United States Attorney

                           By: /s/ Kyle Reardon
                               KYLE REARDON
                               Assistant U.S. Attorney

O R D E R

APPROVED AND SO ORDERED:

DATED:  June 29, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2